# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **LARRY E. EALY,** | |
| **Plaintiff,** | |
| v. | Case No. 2:08-CV-00755 |
| **MIKE RANKIN, et al.,** | JUDGE ALGENON L. MARBLEY |
| **Defendants.** | MAG. JUDGE NORAH M. KING |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the Opinion and Order dated November 17, 2009, the Court GRANTS the Motions to Dismiss [13] & [15]. This case is closed.

Date: **November 17, 2009**        James Bonini, Clerk


                                  s/Betty L. Clark
                                  Betty L. Clark/Deputy Clerk